| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Randall D DeJohn Jr.** | Social Security number or ITIN | **xxx–xx–2766** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Toni L DeJohn** | Social Security number or ITIN | **xxx–xx–7828** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **7   11/10/20** | |
| Case number:   **20–23172–GLT** | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Randall D DeJohn Jr. | Toni L DeJohn |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 461 Thornhill Drive<br>New Castle, PA 16101 | 461 Thornhill Drive<br>New Castle, PA 16101 |
| 4. | **Debtor's attorney**<br>Name and address | Paula J. Cialella<br>113 North Mercer Street<br>New Castle, PA 16101 | Contact phone 724–658–4417<br><br>Email:  paula@nypalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles O. Zebley Jr.<br>P.O. Box 2124<br>Uniontown, PA 15401 | Contact phone 724–439–9200<br><br>Email:  COZ@Zeblaw.com |

**For more information, see page 2 >**

Debtor  **Randall D DeJohn Jr.**  and  **Toni L DeJohn**                                    Case number **20–23172–GLT**

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 11/24/20 |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 18, 2020 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/16/21** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    page **2**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Randall D DeJohn Jr.**
**Toni L DeJohn**
   Debtor(s)

Bankruptcy Case No.: 20–23172–GLT
Chapter: 7

Whereas, Federal Rule of Bankruptcy Procedure 1007(c) requires an individual Debtor(s) to file a statement regarding completion of a course in personal financial management within 60 days after the first date set for the meeting of creditors under §341 of the Bankruptcy Code in a Chapter 7 case and,

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the Debtor(s) completes an instructional course concerning personal financial management after filing the petition,

It is hereby ordered that this case shall be closed without entry of a discharge on the 75th day after the first date set for the meeting of creditors unless, within the 60 days after the first date set for the meeting of creditors, the Debtor(s) files a certification that the course in personal financial management described in 11 U.S.C. § 111 was completed. The certification must substantially conform to Official Form No. 423, Certification of Completion of Instructional Course Concerning Personal Financial Management. The Court may delay closing this case without further order or notice.

It is further ordered that a Debtor(s) who cannot meet the requirement of attending the personal financial management course due to incapacity, disability or active military duty in a military combat zone must file a motion with the court to be excused from attending the course within 60 days after first date set for the meeting of creditors. The case shall be closed without entry of a discharge if the Debtor(s) fails to timely file the motion.

Dated: November 24, 2020

Gregory L. Taddonio
United States Bankruptcy Judge

<u>REMINDER TO COUNSEL</u>

<u>Before filing</u>: Generally, a person is ineligible to be a Debtor unless he/she has taken a credit counseling course within 180 days before filing a petition, and files the certificate. 11 U.S.C. Section 109(h)(1).

<u>After filing</u>: A Chapter 7 Debtor is ineligible for a discharge if he/she has not, within 60 days after the first date fixed for the 341 meeting, filed the certificate of having taken the personal financial management course (Official Form 423). 11 U.S.C. Section 727(a)(11) and Rule 1007(b)(7).

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 20-23172-GLT

Randall D DeJohn, Jr.                                                           Chapter 7

Toni L DeJohn

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: nsha | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 309A | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Randall D DeJohn, Jr., Toni L DeJohn, 461 Thornhill Drive, New Castle, PA 16101-9283 |
| tr | + Charles O. Zebley, Jr., P.O. Box 2124, Uniontown, PA 15401-1724 |
| 15308890 | + Capital One Midland Management, 320 E. Big Beaver Road Ste 300, Troy, MI 48083-1271 |
| 15308898 | Penney Mac Loan Services, LLC, PO Box 660929, Dallas, TX 75266-0929 |
| 15308901 | + Synchrony Bank Portfolio Recovery, 120 Coporate Blvd Suite 100, Norfolk, VA 23502-4952 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: paula@nypalaw.com | Nov 25 2020 03:10:00 | Paula J. Cialella, 113 North Mercer Street, New Castle, PA 16101 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 25 2020 03:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 25 2020 03:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Nov 25 2020 03:12:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + EDI: PRA.COM | Nov 25 2020 05:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15308887 | + Email/Text: bk@avant.com | Nov 25 2020 03:12:00 | Avant LLC, 222 N. Lasalle Street Ste 1700, Chicago, IL 60601-1101 |
| 15308889 | + EDI: CAPITALONE.COM | Nov 25 2020 05:38:00 | Capital One, Attention: General Correspondence/Bkcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15308888 | + EDI: CAPITALONE.COM | Nov 25 2020 05:38:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15308891 | + EDI: CAPITALONE.COM | Nov 25 2020 05:38:00 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15308893 | + EDI: CITICORP.COM | Nov 25 2020 05:38:00 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15308894 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 25 2020 02:10:01 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15308895 | EDI: JPMORGANCHASE | Nov 25 2020 05:38:00 | JP Morgan Chase Bank, PO Box 15369, Wilmington, DE 19850 |

| District/off: 0315-2 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 309A | Total Noticed: 24 |

| Recip ID | Bypass Reason | Name and Address | Date/Time | Address |
|---|---|---|---|---|
| 15308896 | | EDI: JPMORGANCHASE | Nov 25 2020 05:38:00 | JPMCB/Chase, PO Box 15369, Wilmington, DE 19850 |
| 15308897 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 25 2020 03:11:00 | Kohl's Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15308899 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2020 02:10:04 | Resurgent, PO Box 1269, Greenville, SC 29602-1269 |
| 15308900 | | EDI: RMSC.COM | Nov 25 2020 05:38:00 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 15310356 | + | EDI: RMSC.COM | Nov 25 2020 05:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15308902 | + | EDI: WFNNB.COM | Nov 25 2020 05:38:00 | Victory Secret/Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 15308903 | + | EDI: WFFC.COM | Nov 25 2020 05:38:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15308892 | | Chrysler Financial |
| 15313795 | | Chrysler Financial |
| 15313790 | *+ | Avant LLC, 222 N. Lasalle Street Ste 1700, Chicago, IL 60601-1101 |
| 15313792 | *+ | Capital One, Attention: General Correspondence/Bkcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15313791 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15313793 | *+ | Capital One Midland Management, 320 E. Big Beaver Road Ste 300, Troy, MI 48083-1271 |
| 15313794 | *+ | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15313796 | *+ | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15313797 | *+ | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15313798 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase Bank, PO Box 15369, Wilmington, DE 19850 |
| 15313799 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB/Chase, PO Box 15369, Wilmington, DE 19850 |
| 15313800 | * | Kohl's Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15313801 | * | Penney Mac Loan Services, LLC, PO Box 660929, Dallas, TX 75266-0929 |
| 15313802 | *+ | Resurgent, PO Box 1269, Greenville, SC 29602-1269 |
| 15313803 | * | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 15313804 | *+ | Synchrony Bank Portfolio Recovery, 120 Coporate Blvd Suite 100, Norfolk, VA 23502-4952 |
| 15313805 | *+ | Victory Secret/Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 15313806 | *+ | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 2 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020            Signature:            /s/Joseph Speetjens

District/off: 0315-2

Date Rcvd: Nov 24, 2020

User: nsha

Form ID: 309A

Page 3 of 3

Total Noticed: 24

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paula J. Cialella | on behalf of Joint Debtor Toni L DeJohn paula@nypalaw.com  jennie@nypalaw.com;kayann@nypalaw.com |
| Paula J. Cialella | on behalf of Debtor Randall D DeJohn  Jr. paula@nypalaw.com, jennie@nypalaw.com;kayann@nypalaw.com |

TOTAL: 4